**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**LINDA F. CLAY,**

    **Plaintiff,**

v.                                      Case No.  8:08-cv-1959-T-30EAJ

**YORK BRIDGE CONCEPTS, INC.**
**and JAMES YORK,**

    **Defendants.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Defendants' Notice of Filing Acceptance of Defendants' Offer of Judgment (Dkt. #10), Defendants' Joint Offer of Judgment (Dkt. #10-2), and Proof of Acceptance of Offer of Judgment (Dkt. #10-3).  The Court, having considered the notice, offer, acceptance, and being otherwise advised in the premises, concludes that judgment should be entered pursuant to Federal Rule of Civil Procedure 68.

It is therefore ORDERED AND ADJUDGED that:

1. The Clerk is directed to enter **JUDGMENT** in favor of Plaintiff Linda F. Clay and against Defendants, York Bridge Concepts, Inc. and James York, in the total amount of **$2,500.00**, which includes all damages, attorneys' fees and costs.

2. The Clerk is directed to terminate any pending motions.

     3.     The Clerk is directed to CLOSE this file.

**DONE** and **ORDERED** in Tampa, Florida on December 9, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2008\08-cv-1959.Rule 68 judgment 10.wpd